**Ruben Garcia HERNANDEZ,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 12–70737.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 21, 2014.*

Filed Jan. 24, 2014.

Stephen John Coghlan, Esquire, Law Office of Stephen Coghlan, San Francisco, CA, for Petitioner.

OIL, Charles S. Greene, Trial, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, SILVERMAN, and PAEZ, Circuit Judges.

MEMORANDUM **

Ruben Garcia Hernandez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for relief under the Convention Against Torture ("CAT"). Our jurisdiction is governed by 8 U.S.C.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 1252. We dismiss the petition for review.

Garcia Hernandez's only contention is that the IJ's CAT analysis was erroneous because the IJ denied his CAT claim without addressing government acquiescence. We lack jurisdiction to consider this argument because Garcia Hernandez did not raise it to the BIA. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir.2004) (court lacks jurisdiction to consider issues that have not been administratively exhausted).

**PETITION FOR REVIEW DISMISSED.**